IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 16-cv-00588-PAB-MJW

DEREK W. COLE,

    Plaintiff,

v.

SGT. TIM E. GENARO, Aurora Police Department, City of Aurora, Colorado, in his official capacity,

    Defendant.
_____

# MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

    This matter is before the Court on Plaintiff's motion for an extension of time to file a notice of appeal [Docket No. 96]. Plaintiff is *pro se* in this matter but is a licensed attorney in the state of Colorado. The Court construes plaintiff's filings liberally, but plaintiff's "status as a licensed attorney reduces the deference to which he is entitled as a *pro se* litigant." *Baldwin v. United States*, No. 11-cv-02033-MSK-KLM, 2012 WL 7051296, at *1 n.1 (D. Colo. Sept. 17, 2012) (citation omitted).

    Plaintiff requests the maximum allowable extension of time to file a notice of appeal pursuant to Fed. R. App. P. 4(a)(5). Docket No. 96 at 1-2. Under Rule 4, a party has 30 days to file an appeal from the date of judgment or the date of the order to be appealed. Fed. R. App. P. 4(a)(1)(A). The district court may extend the time to file a notice of appeal if a party moves for an extension of time to file a notice of appeal no later than 30 days after the deadline and the party shows excusable neglect or good cause. Fed. R. App. P. 4(a)(5)(A). Defendants do not oppose plaintiff's request for an extension. Docket No. 98.

    Having reviewed plaintiff's motion, the Court finds that his motion is timely and good cause exists to grant plaintiff an extension of time to file a notice of appeal. Pursuant to Fed. R. App. P. 4(a)(5)(C), the Court may grant plaintiff a 14-day extension from the date this order is entered. Accordingly, plaintiff may file a notice of appeal on or before September 25, 2017.

    DATED: September 11, 2017.